No. 4129.—Agüeros & Co., S. en C., aplte. v. Navarrete et al., apdos.—C. D. San Juan. Cumplimiento de contrato y daños y perjuicios. Dic. 21, 1926. No habiendo transcurrido el término que tiene el apelante para radicar el *transcript* y no siendo la falta de exposición del caso o trans-

cripción de la evidencia motivo bastante para desestimar (*Ortiz* v. *Silva et al.,* 28 D.P.R. 417, y otros), se declaró sin lugar la moción de los apelados para desestimar el recurso.

El Juez Asociado Sr. Hutchison no intervino.